# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-936V

| | |
|---|---|
| IJEOMA CHUKWUDUM,<br><br>             Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>             Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

## SCHEDULING ORDER – PRE-ASSIGNMENT REVIEW ("PAR")

On November 13, 2020, Petitioner was ordered to file primary care medical records for the three years prior to the vaccination at issue or, if these records were already filed, to submit a status report identifying the primary care records by exhibit and page number. After not submitting any additional medical records, Petitioner filed a status report on December 22, 2020, indicating that she "has filed all outstanding records and has no new treatments to report."

In her PAR Questionnaire, Petitioner identified some primary care providers but it is not clear whether she has submitted their medical records: Dr. Sonya Caruthers of Family Medicine Clinic at Crestwater (no date range) and Dr. John Nguyen (May 2015 to February 2018). Also, Petitioner identified other medical providers in her PAR Questionnaire that may relate to Petitioner's general health that she has not submitted records from: Dr. Kelli Borroughs of Sweetwater Ob/Gyn (2015 to 2019), Advance Dermatology (May 2016 to February 2018), and Avalon Healthcare Clinic (May 2018 to May 2019). Petitioner shall file these outstanding records.

**THE FOLLOWING IS ORDERED: In order to complete the PAR process and be assigned to a special master or the Special Processing Unit, Petitioner shall file, by no later than Monday, March 29, 2021,**

- Petitioner's primary care records identified above from October 13, 2014, to the last date of service <u>and</u> the other relevant medical treatment records identified above. If these records have already been filed, petitioner shall file a status report identifying the exhibit(s) and page number(s). If no additional records exist, Petitioner shall file an affidavit, declaration or status report confirming that no additional records exist.

- Statement of Completion and updated exhibit list.

**If Petitioner is unable to file the required records by that time, Petitioner shall file any and all available records and move pursuant to Vaccine Rule 19(b) for an enlargement of time to file any medical records or affidavits that remain outstanding. Any such motion for enlargement shall state with specificity what medical records or affidavits remain outstanding.**

Any questions about this order or about this case generally may be directed to OSM staff attorneys, Andrew Schick, andrew_schick@cfc.uscourts.gov, and Francina Segbefia, francina_segbefia@cfc.uscourts.gov.

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master